# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN GARRISON,<br><br>        Plaintiff,<br><br>  v.<br><br>TD AMERITRADE HOLDING CORPORATION, JOSEPH H. MOGLIA, STEVE BOYLE, LORENZO A. BETTINO, ANN HAILEY, BRIAN M. LEVITT, KAREN E. MAIDMENT, BHARAT B. MASRANI, IRENE R. MILLER, MARK L. MITCHELL, WILBUR J. PREZZANO, TODD M. RICKETTS, and ALLAN R. TESSLER,<br><br>        Defendants. | Civil Action No. 1:20-cv-02850-JSR |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Glenn Garrison hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 27, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*